UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Andre Royal,

        Plaintiff,

—v—

National Football League Management Council, *et al.*,

        Defendants.

---

19-CV-5164 (AJN)

ORDER

DEC 0 5 2019

ALISON J. NATHAN, District Judge:

On November 14, 2019, Defendant National Football League Management Council filed a motion for attorney's fees. Dkt. Nos. 32-33. Pursuant to Local Civil Rule 6.1, Plaintiff's anticipated opposition to the motion was due within two weeks of the motion's filing. The Court is not in receipt of any opposition papers from Plaintiff.

If Plaintiff wishes to oppose the motion, he must do so on or before December 11, 2019. If no opposition has been filed by that date, the Court will consider the motion fully briefed and unopposed.

SO ORDERED.

Dated: December 4, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1