UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andre Royal,

        Plaintiff,

—v—

National Football League Management Council, *et al.*,

        Defendants.

19-CV-5164 (AJN)

ORDER

DEC 1 9 2019

ALISON J. NATHAN, District Judge:

On August 5, 2019, Defendants the Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, Katherine Blackburn, Richard Cass, Ted Phillips, Samuel McCullum, Robert Smith and Jeffrey Van Note filed a motion to dismiss. Dkt. No. 7. Pursuant to Rule 3.F of this Court's Individual Practices in Civil Cases, Plaintiffs were given the opportunity to amend their complaint. Dkt. No. 12. On August 26, 2019, Plaintiffs amended. Dkt. No. 15. On September 9, 2019, the same Defendants filed new a motion to dismiss Plaintiff's Amended Complaint. Dkt. No. 16.

Accordingly, the August 5, 2019 motion to dismiss the original complaint is denied as moot. This Order resolves Dkt. Nos. 7.

SO ORDERED.

Dated: December 19, 2019
      New York, New York

_____
ALISON J. NATHAN
United States District Judge