UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020
```

Andre Royal,

           Plaintiff,

–v–

Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, *et al.*,

           Defendants.

19-cv-5164 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendants National Football League Players Association and National Football League Management Council each filed motions to dismiss. Dkt. Nos. 32, 33. Rather than respond to the motions, Royal filed a notice of voluntary dismissal as to those defendants, which the Court entered on November 1, 2019. Dkt. No. 50. The Players Association's motion to dismiss (Dkt. No. 32) and the Management Council's motion to dismiss (Dkt. No. 33) are therefore DENIED as moot.

    SO ORDERED.

Dated: November 19, 2020
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge