UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Andre Royal,

                        Plaintiff,

      -against-                                     19 **CIVIL** 5164 (AJN)

                                                               **JUDGMENT**

Retirement Board of the Bert Bell/Pete Rozelle
NFL Player Retirement Plan, et al.,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 20, 2020, Royal's claims rest on an alleged failure to mail him a summary of his retirement plan in 2000. He did not bring suit until July 2019. By any plausible measure, his claims are untimely. The Board's motion to dismiss is GRANTED and all claims are dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

        November 20, 2020

                                                                   **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                     **BY:**

                                                                    **Deputy Clerk**